UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:03CR-91-H

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.

DEVIN A. DANEHY                                                                                  DEFENDANT

**MEMORANDUM OPINION AND ORDER**

      Defendant, Devin A. Danehy, has moved to dismiss the indictment on the grounds that the United States took his deposition in a separate proceeding without informing him of the ongoing criminal investigation in this case.

      The government must advise the defendant of an ongoing criminal investigation when it conducts an interrogation in a separate proceeding. To fail in this obligation leaves the government open to charges of unfair behavior at best and constitutional violations at worst.

      In our case, Defendant presents evidence of a facial violation of the government's duty to inform a deponent of an ongoing separate criminal investigation. However, Defendant has not presented evidence that the government benefitted in any way from the interrogation, that its motives were fraudulent or criminal or that any unfair consequences resulted that merit the severe sanction of dismissal.

      However, if Defendant should present evidence or argument that the government has benefitted from its wrongful interrogation, the Court will consider whether other remedies are appropriate.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion to dismiss the indictment is DENIED.

cc:   Counsel of Record